UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROSS BROWN § | |
| § | |
| v. § | CIVIL ACTION NO. 4:21-CV-270-SDJ |
| § | |
| DOLGENCORP OF TEXAS, INC. § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Plaintiff Ross Brown's claims against Defendant Dolgencorp of Texas, Inc., are hereby **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil case.

**So ORDERED and SIGNED this 15th day of July, 2022.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE